UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA**

    Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political subdivision in the State of Florida, and **JOSEPH DIAZ** in his individual capacity,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDERS TO SERVE PRE-TRIAL AND DISCOVERY ORDERS ON DEFENDANT COUNTY DUE TO COUNTY'S ONGOING CONFERRAL ON MOTION TO STAY CASE FOR DISCOVERY PRODUCTION WHILE NOT HAVING FILED APPEARANCE OR RESPONSIVE PLEADING, AND NO DISCOVERY REQUEST HAVING BEEN SERVED BY PLAINTIFF

COMES NOW Plaintiff, **KENNY ORTEGA** (Hereinafter "Plaintiff" or "Mr. Ortega") by and through his undersigned attorneys, and files this *Notice of Compliance with Orders to Serve Pre-Trial And Discovery Orders on Defendant County Due to County's Ongoing Conferring on Motion To Stay Case for Discovery Production While Not Having Filed Appearance or Responsive Pleading, and No Discovery Request Having Been Served By Plaintiff,* and so states:

1. Pursuant to this Court's *Paperless Pre-Trial Orders* entered July 3, 2024 (**ECF 4, 5**), and the Magistrate's *Order Setting Discovery Procedures* entered July 7, 2024 (**ECF 6**), Plaintiff was ordered to serve a copy of those Orders on Defendants when a Notice of Appearance or Responsive Pleading was filed by a Defendant.

2. At the current time, no Notice of Appearance or Responsive Pleading has been filed.

3. However, Defendant County's Attorney has contacted Plaintiff's counsel in the instant case stating she represents County in this case, and commenced ongoing conferring with Plaintiff's undersigned counsel on a Motion to Stay the instant case which County wants to file

based on its position that it cannot produce documents Plaintiff will request in this case, although no discovery has commenced and no Request for Production or any other discovery request has been served by Plaintiff. Plaintiff has opposed that filing/motion.

4. Because Defendant County has stated its intent to proceed with filing the opposed motion, Plaintiff proceeded with serving the *Paperless Pre-Trial Order* from this Court, and the Magistrate's *Order Setting Discovery Procedures* on today (July 31/2024) to prevent Defendant County from violating the Court or Magistrate's Orders regarding discovery motions in the instant case, and thereby gives the Court this notice of Plaintiff's compliance and reason for serving the Orders despite no Notice of Appearance or Responsive Pleading on the record for any Defendant, so the Court and Magistrate will not reason that Plaintiff ignored the Court's Orders as to when to serve the Orders on any Defendant.

5. Plaintiff also requested Defendant County's Attorney file her *Notice of Appearance* in the instant case

Respectfully Submitted this 31ˢᵗ day of July 2024

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff

**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the District Clerk, Florida Southern District, and served electronically on Fabiana Cohen, Esq., Counsel

for Defendant Miami-Dade County, electronically via fabiana.cohen@miamidade.gov, on this **31ˢᵗ** day of **July, 2024.**

/s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff