**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein**

**KENNY ORTEGA**

      Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political
subdivision in the State of Florida, and
**JOSEPH DIAZ** in his individual capacity,

      Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COMES NOW PLAINTIFF, KENNY ORTEGA**, pursuant to the Federal Rules of Civil Procedure and the Court's Order, and provides notice that the following individuals and entities have a financial interest in the outcome of this case:

    1) The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in this case:

    **a.**      Rawsi Williams Law Group/Attorney Rawsi Williams, counsel for Plaintiff

    b.      The Allen Firm, P.A./Attorney Frank T. Allen, counsel for Plaintiff

    **c.**      Mr. Kenny Ortega, Plaintiff(s)

1

d.     Miami-Dade County -- Defendant (s)

e.      Joseph Diaz, Defendant

f.     Attorney Fabiana Cohen, Counsel For Miami-Dade County

**2)** The name of every other entity whose publicly-traded stock, equity, or debt may substantially be affected by the outcome of the proceedings.

   **None.**

3) The name of every other entity which is likely to be active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

   **None.**

4) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Plaintiff Kenny Ortega**

5) Check one of the following:

_X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **16th** day of **<u>September 2024</u>**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the

foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted this 16th day of September 2024

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the District Clerk, Florida Southern District, and served electronically on all counsel of record via the ECF filing system on this **16th** day of **September 2024.**

/s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff


**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff
Fabiana Cohen, Esq., Counsel for Defendant Miami-Dade County
Defendant Diaz has not yet been served although diligent service has persisted