UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA**

    Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political
subdivision in the State of Florida, and
**JOSEPH DIAZ** in his individual capacity,

    Defendants.
_____/

### PLAINTIFF'S UPDATE/STATUS REPORT REGARDING DEFENDANT DIAZ' PLEA HEARING TODAY, NOVEMBER 18, 2024

COMES NOW **Plaintiff, KENNY ORTEGA** (Hereinafter "Plaintiff" or "Mr. Ortega"), by and through his undersigned counsel, in follow-up of the Joint Status Report filed November 14, 2024 stating that Defendant Officer Diaz had a plea scheduled in his criminal trial for today, November 18, 2024, and files this *Plaintiff's Update/Status Report Regarding Defendant Diaz' Plea Hearing Today, November 18, 2024,* and so states:

1. On November 14, 2024, pursuant to this Court's Order [*ECF 17*], the parties filed a *Joint Status Report* [**ECF 18**] updating the Court regarding Defendant Officer Diaz' criminal case wherein he was scheduled for trial on October 24, 2024, but continued that trial and a plea was set for November 18, 2024. In this case, Defendant County had filed a *Motion To Stay Case Pending Conclusion of Criminal Proceedings* [**ECF 11**] which Plaintiff opposed [**ECF 14**].

2. On today, November 18, 2024, undersigned counsel for Plaintiff appeared in person at Defendant Diaz' public plea hearing at the Richard Gerstein courthouse. The prosecution was aware of undersigned' attendance and notified all in attendance including the Court.

3. Defendant Diaz and his counsel appeared virtually.

4. Defendant Diaz did not enter or accept a plea.

5. Defendant Diaz' counsel stated he was being instructed/advised/requested to proceed

1

differently. However, the Judge stated the case was a "2022 case" and set it for trial in January 2025. Defendant Diaz/counsel requested the case instead be set for trial in February 2025. The Judge set the case for trial in February 2025.

Respectfully Submitted this 18th day of November 2024

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the District Clerk, Florida Southern District, and served electronically on all counsel of record via the ECF filing system on this **18th** day of **November 2024.**

/s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff

**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff
Fabiana Cohen, Esq., Counsel for Defendant Miami-Dade County