UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA**

    Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political
subdivision in the State of Florida, and
**JOSEPH DIAZ** in his individual capacity,

    Defendants.
_____/

## PLAINTIFF'S RETURN OF SERVICE EXECUTED – DEFENDANT JOSEPH DIAZ

**COMES NOW Plaintiff, KENNY ORTEGA,** by and through his undersigned counsel, and files this *Affidavit of Return of Service – Executed On Defendant Joseph Diaz.* **[EXHIBIT A]**. As stated in Plaintiff's most recent Status Report, Plaintiff has now finally been able to coordinate service of the instant Complaint and Summons on Defendant Diaz through Opposing Counsel and his separate criminal Defense Counsel after informing them that Plaintiff would file a Motion To Compel release of Diaz' address for service since all of Plaintiff's efforts to serve him via the police department liaison had failed, which is the usual method for serving police so that no personal address has to be released. [**ECF 22 at Section III, ¶1**].

Respectfully Submitted this **15th** day of **February** 2025

    By: /s/ Rawsi Williams
        Rawsi Williams, Esq. R.N.
        State Bar No. 103201
        RAWSI WILLIAMS LAW GROUP
        701 Brickell Ave., STE 1550
        Miami FL  33131
        TEL:  888-RawsiLaw/888-729-7452

1

Email:rawsi@rawsi.com;<br>
Ajoseph2@rawsi.com;<br>
docservice@rawsi.com<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed with the District Clerk, Florida Southern District, and served electronically on all counsel of record via the ECF filing system on this **15<u>th</u>** day of **February 2025.**

/s/ Rawsi Williams<br>
Rawsi Williams, Esq. R.N.<br>
State Bar No. 103201<br>
RAWSI WILLIAMS LAW GROUP<br>
701 Brickell Ave., STE 1550<br>
Miami FL  33131<br>
TEL:  888-RawsiLaw/888-729-7452<br>
Email:rawsi@rawsi.com;<br>
Ajoseph2@rawsi.com;<br>
docservice@rawsi.com<br>
Attorney for Plaintiff

**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff
Fabiana Cohen, Esq., Counsel for Defendant Miami-Dade County

# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **KENNY ORTEGA** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:24-cv-22523-KMM |
| **MIAMI-DADE COUNTY, a political subdivision in the state of Florida, and JOSEPH DIAZ in his individual capacity** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, ORLANA ROSAL, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on February 10, 2025, at 4:00 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Defendant Joseph E. Diaz C/O Attorney David Trontz in Miami-Dade County, FL on February 11, 2025 at 1:16 pm at Donet, McMillan, and Trontz, PA, C/O Attorney David Trontz (Defendant Diaz' counsel), 100 Almeria Ave, #230, Coral Gables, FL 33134 by personal service by handing the following documents to an individual identified as Defendant Joseph E. Diaz C/O Attorney David Trontz.

SUMMONS IN A CIVIL ACTION AND COMPLAINT -  DEFENDANT JOSEPH DIAZ

Additional Description:
It was served to David Trontz As Attorney of record for and on behalf of Joseph E. Diaz.

INDIVIDUAL SERVICE: I served the documents to the within-named individual pursuant to F.S. 48.031(1)(a)

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

EXHIBIT A

White Male, est. age 55-64, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.7470234955,-80.2569294748
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Miami-Dade County   ,

   FL    on   2/14/2025  .

/s/ *ORLANA ROSAL*

Signature
ORLANA ROSAL
10095
+1 (786) 675-2030
9321 SW 4th St , APT 212, Miami, FL 33174



