UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22523-KMM

KENNY ORTEGA,

    Plaintiff,

v.

JOSEPH DIAZ,

    Defendant.

_____

**NOTICE OF PERMANENT APPEARANCE**
**AS CO-COUNSEL OF RECORD**

**COMES NOW** David A. Donet, Jr., Esq. and files his appearance as co-counsel of record for the above-named Defendant.

Counsel agrees to represent the Defendant in the instant proceeding currently pending in the United States District Court in and for the Southern District of Florida.

Undersigned Counsel represents that he is admitted to practice in this Court and hereby states that this appearance is unconditional and in conformity with the requirements of S.D. Fla. Loc. R. 11.1 and the Special Rules Governing the Admission and Practice of Attorneys in this District.

Counsel acknowledges responsibility to advise the Defendant of the right of

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

appeal and to file a timely notice of appeal if requested to do so by the Defendant. However, counsel has not been retained for purposes of appeal.

Undersigned counsel requests that all pleadings, correspondence, and other communications related to this cause be directed to undersigned counsel at the address specified below.

**DATED:** March 4, 2025.

                        Respectfully submitted,

                        **Donet, McMillan & Trontz, P.A.**

                        By: /s/ David A. Donet, Jr.
                        **David A. Donet, Jr., Esq.**
                        Florida Bar No.: 128910
                        Attorney for Defendant, Joseph Diaz

[Certificate of Service on next page]

Page **2** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 4, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Permanent Appearance with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

        **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
    **David A. Donet, Jr., Esq.**
    Florida Bar No.: 128910
    Attorney for Defendant Joseph Diaz
    100 Almeria Avenue, Suite 230
    Coral Gables, Florida 33134
    Telephone: 305-444-0030
    Email: donet@dmtlaw.com
    Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com