UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22523-KMM

KENNY ORTEGA,

    Plaintiff,

v.

MIAMI DADE COUNTY and
JOSEPH DIAZ, individually,

    Defendants.

_____/

**ORDER GRANTING DEFENDANT JOSEPH DIAZ' MOTION
TO JOIN MIAMI-DADE COUNTY'S [DE 31] RESPONSE
TO PLAINTIFF'S [DE 26] MOTION TO LIFT STAY**

**THIS CAUSE** came before the Court on the [DE  ] Motion to Join Miami-Dade County's [DE 31] Response to [DE 26] Motion to Lift Stay filed by Defendant, Joseph Diaz; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

    This cause is stayed until _____.

    **DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

_____
**HON. K. MICHAEL MOORE**
United States District Judge

Copies to Counsel of Record.