## CASE INFORMATION

| | |
|---|---|
| **Court Case No.:** F22000506 | **State Case No.:** 132022CF0005060001XX |
| **Name:** DIAZ, JOSEPH E | **Date of Birth:** |
| **Date Filed:** 01/11/2022 | **Date Closed:**    **Warrant Type:** |
| **Assessment Amount:** $0.00 | **Balance Due:** $0.00    **Stay Due Date:** |
| **Previous Case:** | **Next Case:** |
| **Judge:** STUZIN, LAURA A | **Defense Attorney:** TRONTZ, DAVID |
| **Bfile Section:** F006 | **File Location:** FILE ROOM    **Box Number:** |
| **Arresting Agency:** MIAMI DADE SHERIFF | **Arrest Date:** 01/12/2022 |

## HEARING

**Hearing Date:** 05/20/2025  **Hearing Time:** 09:30  **Hearing Type:** R
**Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 4-7
**Address:** 1351 N.W. 12 ST

## CHARGES

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | OFICIAL MISCON/10/16 | FELONY | |
| 2 | BATTERY | MISDEMEANOR | |

## DOCKETS

| DIN | Date | Book/Page | Docket |
|---|---|---|---|
| 182 | 04/21/2025 | | TRIAL PROS. ASSIGNED: THOMPSON JR, LEONARD |
| 181 | 04/03/2025 | | TRIAL HEARING SCHEDULED FOR 09/02/2025 AT 09:30 TRIAL HEARING RESET |
| 180 | 04/03/2025 | | MOTION FOR CONTINUANCE FILED 04/03/2025 ORAL SET FOR 04/03/2025 AT 14:19 GRANTED STIP |
| 179 | 04/03/2025 | | REPORT RE: STATUS SET FOR 05/20/2025 AT 09:30 |
| 178 | 04/03/2025 | | REPORT RE: PLEA/SOUNDING SET FOR 08/21/2025 AT 09:45 |
| 176 | 03/17/2025 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 04/14/2025 AT 09:30 ISSUED BY: CJIS SENT: 03/17/2025 RECD/NOTFD: 03/17/2025 ACKN: 03/21/2025 S |
| 175 | 03/17/2025 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 04/14/2025 AT 09:30 ISSUED BY: CJIS SENT: 03/17/2025 RECD/NOTFD: 03/17/2025 ACKN: 03/17/2025 S |
| 174 | 03/17/2025 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 04/14/2025 AT 09:30 ISSUED BY: CJIS SENT: 03/17/2025 RECD/NOTFD: 03/17/2025 ACKN: 03/24/2025 S |
| 173 | 03/17/2025 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 04/14/2025 AT 09:30 ISSUED BY: CJIS SENT: 03/17/2025 RECD/NOTFD: 03/17/2025 ACKN: 03/17/2025 S |
| 172 | 03/17/2025 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 04/14/2025 AT 09:30 ISSUED BY: CJIS SENT: 03/17/2025 RECD/NOTFD: ACKN: S |
| 171 | 03/14/2025 | | MOTION FOR CONTINUANCE |
| 168 | 02/20/2025 | | DEFENSE WITNESS LIST AMENDED EXPERT WITNESS LIST |
| 169 | 02/13/2025 | | AMENDED WITNESS LIST AMENDED EXPERT |
| 166 | 01/29/2025 | | REPORT RE: STATUS SET FOR 03/11/2025 AT 09:30 |
| 165 | 01/29/2025 | | TRIAL HEARING SCHEDULED FOR 04/14/2025 AT 09:30 TRIAL HEARING RESET |
| 164 | 01/29/2025 | | REPORT RE: PLEA/SOUNDING SET FOR 04/03/2025 AT 09:45 |
| 161 | 01/22/2025 | | NOTICE OF HEARING |
| 159 | 01/22/2025 | | MOTION FOR CONTINUANCE FILED 01/21/2025 SET FOR 01/29/2025 AT 10:22 GRANTED DEFS |
| 162 | 01/21/2025 | | MOTION FOR CONTINUANCE |
| 158 | 01/21/2025 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 02/18/2025 AT 09:30 ISSUED BY: CJIS SENT: 01/21/2025 RECD/NOTFD: 01/21/2025 ACKN: 01/22/2025 S |
| 157 | 01/21/2025 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 02/18/2025 AT 09:30 ISSUED BY: CJIS SENT: 01/21/2025 RECD/NOTFD: 01/21/2025 ACKN: 01/30/2025 S |
| 156 | 01/21/2025 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 02/18/2025 AT 09:30 ISSUED BY: CJIS SENT: 01/21/2025 RECD/NOTFD: 01/21/2025 ACKN: 01/31/2025 S |
| 155 | 01/21/2025 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 02/18/2025 AT 09:30 ISSUED BY: CJIS SENT: 01/21/2025 RECD/NOTFD: 01/21/2025 ACKN: 01/22/2025 S |
| 154 | 01/21/2025 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 02/18/2025 AT 09:30 ISSUED BY: CJIS SENT: 01/21/2025 RECD/NOTFD: ACKN: S |
| 152 | 11/18/2024 | | TRIAL HEARING SCHEDULED FOR 02/18/2025 AT 09:30 |
| 150 | 11/06/2024 | | NOTICE OF ATTORNEY CHANGE OF ADDRESS |
| 148 | 10/17/2024 | | MOTION FOR CONTINUANCE FILED 10/17/2024 ORAL SET FOR 10/17/2024 AT 15:08 GRANTED DEFS |
| 147 | 10/17/2024 | | REPORT RE: PLEA SET FOR 11/18/2024 AT 09:30 |
| 145 | 09/30/2024 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 10/28/2024 AT 09:30 ISSUED BY: CJIS SENT: 09/30/2024 RECD/NOTFD: 09/30/2024 ACKN: 10/04/2024 S |
| 144 | 09/30/2024 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 10/28/2024 AT 09:30 ISSUED BY: CJIS SENT: 09/30/2024 RECD/NOTFD: 09/30/2024 ACKN: 10/01/2024 S |

| DIN | Date | Book/Page | Docket |
|---|---|---|---|
| 143 | 09/30/2024 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 10/28/2024 AT 09:30 ISSUED BY: CJIS SENT: 09/30/2024 RECD/NOTFD: 09/30/2024 ACKN: 09/30/2024 S |
| 142 | 09/30/2024 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 10/28/2024 AT 09:30 ISSUED BY: CJIS SENT: 09/30/2024 RECD/NOTFD: 09/30/2024 ACKN: 10/01/2024 S |
| 141 | 09/30/2024 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 10/28/2024 AT 09:30 ISSUED BY: CJIS SENT: 09/30/2024 RECD/NOTFD: ACKN: S |
| 139 | 06/18/2024 | | TRIAL HEARING SCHEDULED FOR 10/28/2024 AT 09:30 TRIAL HEARING RESET |
| 138 | 06/18/2024 | | REPORT RE: PLEA/SOUNDING SET FOR 10/17/2024 AT 09:45 |
| 135 | 06/12/2024 | | MOTION FOR CONTINUANCE FILED 06/10/2024 SET FOR 06/18/2024 AT 13:52 GRANTED DEFS |
| 134 | 06/10/2024 | | MOTION FOR CONTINUANCE |
| 133 | 06/10/2024 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 07/08/2024 AT 09:30 ISSUED BY: CJIS SENT: 06/10/2024 RECD/NOTFD: 06/10/2024 ACKN: 06/16/2024 S |
| 132 | 06/10/2024 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 07/08/2024 AT 09:30 ISSUED BY: CJIS SENT: 06/10/2024 RECD/NOTFD: 06/10/2024 ACKN: 06/13/2024 S |
| 131 | 06/10/2024 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 07/08/2024 AT 09:30 ISSUED BY: CJIS SENT: 06/10/2024 RECD/NOTFD: 06/10/2024 ACKN: 06/10/2024 S |
| 130 | 06/10/2024 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 07/08/2024 AT 09:30 ISSUED BY: CJIS SENT: 06/10/2024 RECD/NOTFD: 06/10/2024 ACKN: 06/17/2024 S |
| 129 | 06/10/2024 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 07/08/2024 AT 09:30 ISSUED BY: CJIS SENT: 06/10/2024 RECD/NOTFD: ACKN: S |
| 127 | 05/30/2024 | | DEPOSITION OF: OSVALDO ROBLES |
| 126 | 05/01/2024 | | NOTICE OF TAKING DEPOSITION |
| 125 | 04/16/2024 | | NOTICE OF TAKING DEPOSITION |
| 124 | 03/07/2024 | | INTAKE UNIT ASSIGNED: SPEC. PROS. INTAKE |
| 123 | 03/07/2024 | | TRIAL HEARING SCHEDULED FOR 07/08/2024 AT 09:30 TRIAL HEARING RESET |
| 122 | 03/07/2024 | | MOTION FOR CONTINUANCE FILED 03/07/2024 ORAL SET FOR 03/07/2024 AT 11:12 GRANTED STIP |
| 120 | 03/06/2024 | | DEPOSITION OF: OSVALDO ROBLES |
| 118 | 02/19/2024 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 03/18/2024 AT 09:30 ISSUED BY: CJIS SENT: 02/19/2024 RECD/NOTFD: 02/19/2024 ACKN: 02/19/2024 S |
| 117 | 02/19/2024 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 03/18/2024 AT 09:30 ISSUED BY: CJIS SENT: 02/19/2024 RECD/NOTFD: 02/19/2024 ACKN: 02/21/2024 S |
| 116 | 02/19/2024 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 03/18/2024 AT 09:30 ISSUED BY: CJIS SENT: 02/19/2024 RECD/NOTFD: 02/19/2024 ACKN: 02/20/2024 S |
| 115 | 02/19/2024 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 03/18/2024 AT 09:30 ISSUED BY: CJIS SENT: 02/19/2024 RECD/NOTFD: 02/19/2024 ACKN: 02/19/2024 S |
| 114 | 02/19/2024 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 03/18/2024 AT 09:30 ISSUED BY: CJIS SENT: 02/19/2024 RECD/NOTFD: 02/19/2024 ACKN: S |
| 112 | 12/04/2023 | | MOTION TO COMPEL SECOND DISCOVERY |
| 111 | 12/01/2023 | | MOTION TO/FOR: DEPOSE B WITNESS |
| 110 | 12/01/2023 | | MOTION TO COMPEL FILED 11/15/2023 SET FOR 12/06/2023 AT 09:53 DENIED/GRANTED IN PART |
| 108 | 11/30/2023 | | TRIAL PROS. ASSIGNED: SIMEONIDIS, STEPHEN |
| 107 | 11/17/2023 | | NOTICE OF STRIKING DEFENSE WITNESS AND EXHIBIT LIST |
| 105 | 11/16/2023 | | MOTION TO COMPEL FILED 11/15/2023 SET FOR 12/01/2023 AT 10:16 CONTINUED |
| 104 | 11/15/2023 | | AMENDED WITNESS LIST AND EXHIBIT LIST |
| 103 | 11/15/2023 | | MOTION TO COMPEL DISCOVERY |
| 94 | 11/13/2023 | | REPORT RE: PLEA/SOUNDING SET FOR 03/07/2024 AT 09:45 |
| 101 | 11/07/2023 | | NOTICE OF TAKING DEPOSITION |
| 100 | 10/24/2023 | | TRIAL PROS. ASSIGNED: MCVEA, MATTHEW J |
| 99 | 10/23/2023 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 06 |
| 98 | 10/16/2023 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 18 |
| 97 | 10/16/2023 | | TRIAL PROS. ASSIGNED: CUEVAS, AMANDA |
| 96 | 09/21/2023 | | TRIAL HEARING SCHEDULED FOR 02/20/2024 AT 09:30 TRIAL HEARING RESET |
| 95 | 09/21/2023 | | MOTION FOR CONTINUANCE FILED 09/21/2023 ORAL SET FOR 09/21/2023 AT 10:37 GRANTED DEFS |
| 92 | 09/04/2023 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 10/02/2023 AT 09:30 ISSUED BY: CJIS SENT: 09/04/2023 RECD/NOTFD: 09/04/2023 ACKN: 09/04/2023 S |
| 91 | 09/04/2023 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 10/02/2023 AT 09:30 ISSUED BY: CJIS SENT: 09/04/2023 RECD/NOTFD: 09/04/2023 ACKN: 09/07/2023 S |
| 90 | 09/04/2023 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 10/02/2023 AT 09:30 ISSUED BY: CJIS SENT: 09/04/2023 RECD/NOTFD: 09/04/2023 ACKN: 09/11/2023 S |
| 89 | 09/04/2023 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 10/02/2023 AT 09:30 ISSUED BY: CJIS SENT: 09/04/2023 RECD/NOTFD: 09/04/2023 ACKN: 09/04/2023 S |
| 88 | 09/04/2023 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 10/02/2023 AT 09:30 ISSUED BY: CJIS SENT: 09/04/2023 RECD/NOTFD: 09/04/2023 ACKN: 09/04/2023 S |
| 86 | 08/11/2023 | | DEFENSE WITNESS LIST AND EXHIBIT |
| 85 | 06/29/2023 | | TRIAL HEARING SCHEDULED FOR 10/02/2023 AT 09:30 TRIAL HEARING RESET |
| 84 | 06/29/2023 | | MOTION FOR CONTINUANCE FILED 06/29/2023 ORAL SET FOR 06/29/2023 AT 10:03 GRANTED STIP |
| 83 | 06/29/2023 | | REPORT RE: PLEA/SOUNDING SET FOR 09/21/2023 AT 09:45 |

| DIN | Date | Book/Page | Docket |
|---|---|---|---|
| 81 | 06/12/2023 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 07/10/2023 AT 09:30 ISSUED BY: CJIS SENT: 06/12/2023 RECD/NOTFD: 06/12/2023 ACKN: 06/19/2023 S |
| 80 | 06/12/2023 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 07/10/2023 AT 09:30 ISSUED BY: CJIS SENT: 06/12/2023 RECD/NOTFD: 06/12/2023 ACKN: 06/14/2023 S |
| 79 | 06/12/2023 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 07/10/2023 AT 09:30 ISSUED BY: CJIS SENT: 06/12/2023 RECD/NOTFD: 06/12/2023 ACKN: 06/18/2023 S |
| 78 | 06/12/2023 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 07/10/2023 AT 09:30 ISSUED BY: CJIS SENT: 06/12/2023 RECD/NOTFD: 06/12/2023 ACKN: 06/12/2023 S |
| 77 | 06/12/2023 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 07/10/2023 AT 09:30 ISSUED BY: CJIS SENT: 06/12/2023 RECD/NOTFD: 06/12/2023 ACKN: 06/12/2023 S |
| 75 | 05/03/2023 | | DEPOSITION OF: OFFICER YASMINA SMITH |
| 74 | 04/14/2023 | | TRIAL HEARING SCHEDULED FOR 07/10/2023 AT 09:30 TRIAL HEARING RESET |
| 70 | 04/14/2023 | | REPORT RE: PLEA/SOUNDING SET FOR 06/29/2023 AT 09:45 |
| 73 | 03/29/2023 | | NOTICE OF TAKING DEPOSITION |
| 72 | 01/12/2023 | | TRIAL HEARING SCHEDULED FOR 05/30/2023 AT 09:30 TRIAL HEARING RESET |
| 71 | 01/12/2023 | | MOTION FOR CONTINUANCE FILED 01/12/2023 ORAL SET FOR 01/12/2023 AT 10:42 GRANTED STIP |
| 68 | 12/26/2022 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 01/23/2023 AT 09:30 ISSUED BY: CJIS SENT: 12/26/2022 RECD/NOTFD: 12/27/2022 ACKN: 12/30/2022 S |
| 67 | 12/26/2022 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 01/23/2023 AT 09:30 ISSUED BY: CJIS SENT: 12/26/2022 RECD/NOTFD: 12/27/2022 ACKN: 12/27/2022 S |
| 66 | 12/26/2022 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 01/23/2023 AT 09:30 ISSUED BY: CJIS SENT: 12/26/2022 RECD/NOTFD: 12/27/2022 ACKN: 01/16/2023 S |
| 65 | 12/26/2022 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 01/23/2023 AT 09:30 ISSUED BY: CJIS SENT: 12/26/2022 RECD/NOTFD: 12/27/2022 ACKN: 12/27/2022 S |
| 64 | 12/26/2022 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 01/23/2023 AT 09:30 ISSUED BY: CJIS SENT: 12/26/2022 RECD/NOTFD: 12/27/2022 ACKN: 12/27/2022 S |
| 62 | 11/17/2022 | | WITNESS LIST & EXHIBIT LIST-DEF'S |
| 61 | 11/01/2022 | | NOTICE OF TAKING DEPOSITION (S) |
| 60 | 10/20/2022 | | TRIAL HEARING SCHEDULED FOR 01/23/2023 AT 09:30 TRIAL HEARING RESET |
| 59 | 10/20/2022 | | MOTION FOR CONTINUANCE FILED 10/20/2022 ORAL SET FOR 10/20/2022 AT 11:34 GRANTED DEFS |
| 58 | 10/20/2022 | | REPORT RE: PLEA/SOUNDING SET FOR 01/12/2023 AT 09:45 |
| 57 | 10/10/2022 | | WITNESS LIST AND EXHIBIT LIST - DEFENDANT'S |
| 55 | 10/03/2022 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 10/31/2022 AT 09:30 ISSUED BY: CJIS SENT: 10/03/2022 RECD/NOTFD: 10/05/2022 ACKN: 10/08/2022 S |
| 54 | 10/03/2022 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 10/31/2022 AT 09:30 ISSUED BY: CJIS SENT: 10/03/2022 RECD/NOTFD: 10/05/2022 ACKN: 10/06/2022 S |
| 53 | 10/03/2022 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 10/31/2022 AT 09:30 ISSUED BY: CJIS SENT: 10/03/2022 RECD/NOTFD: 10/05/2022 ACKN: 10/08/2022 S |
| 52 | 10/03/2022 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 10/31/2022 AT 09:30 ISSUED BY: CJIS SENT: 10/03/2022 RECD/NOTFD: 10/05/2022 ACKN: 10/12/2022 S |
| 51 | 10/03/2022 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 10/31/2022 AT 09:30 ISSUED BY: CJIS SENT: 10/03/2022 RECD/NOTFD: 10/05/2022 ACKN: 10/05/2022 S |
| 50 | 09/27/2022 | | NOTICE OF TAKING DEPOSITION AMENDED |
| 48 | 09/26/2022 | | NOTICE OF TAKING DEPOSITION VIA ZOOM |
| 47 | 09/20/2022 | | TRIAL PROS. ASSIGNED: THOMPSON JR, LEONARD |
| 46 | 09/16/2022 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 05 |
| 45 | 09/16/2022 | | TRIAL PROS. ASSIGNED: AMADOR, JOSHUA A |
| 43 | 08/23/2022 | | TRIAL PROS. ASSIGNED: THOMPSON JR, LEONARD |
| 42 | 07/22/2022 | | INTAKE UNIT ASSIGNED: PUBLIC CORRUPTION |
| 41 | 07/07/2022 | | TRIAL HEARING SCHEDULED FOR 10/31/2022 AT 09:30 TRIAL HEARING RESET |
| 40 | 07/07/2022 | | MOTION FOR CONTINUANCE FILED 07/07/2022 ORAL SET FOR 07/07/2022 AT 15:52 GRANTED DEFS |
| 39 | 07/07/2022 | | REPORT RE: PLEA/SOUNDING SET FOR 10/20/2022 AT 09:45 |
| 37 | 06/20/2022 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 07/18/2022 AT 09:30 ISSUED BY: CJIS SENT: 06/20/2022 RECD/NOTFD: 06/21/2022 ACKN: 07/04/2022 S |
| 36 | 06/20/2022 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 07/18/2022 AT 09:30 ISSUED BY: CJIS SENT: 06/20/2022 RECD/NOTFD: 06/21/2022 ACKN: 06/24/2022 S |
| 35 | 06/20/2022 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 07/18/2022 AT 09:30 ISSUED BY: CJIS SENT: 06/20/2022 RECD/NOTFD: 06/21/2022 ACKN: 06/26/2022 S |
| 34 | 06/20/2022 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 07/18/2022 AT 09:30 ISSUED BY: CJIS SENT: 06/20/2022 RECD/NOTFD: 06/21/2022 ACKN: 07/12/2022 S |
| 33 | 06/20/2022 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 07/18/2022 AT 09:30 ISSUED BY: CJIS SENT: 06/20/2022 RECD/NOTFD: 06/21/2022 ACKN: 06/22/2022 S |
| 31 | 04/28/2022 | | TRIAL HEARING SCHEDULED FOR 07/18/2022 AT 09:30 TRIAL HEARING RESET |
| 30 | 04/28/2022 | | MOTION FOR CONTINUANCE FILED 04/28/2022 ORAL SET FOR 04/28/2022 AT 16:38 GRANTED DEFS |
| 29 | 04/28/2022 | | REPORT RE: PLEA/SOUNDING SET FOR 07/07/2022 AT 09:45 |
| 28 | 04/27/2022 | | REQUEST FOR COMPULSORY JUDICIAL NOTICE |
| 26 | 04/11/2022 | | E-SUBPOENA: MARCUS, CAROL ID: 030-05585 FOR: TRIAL ON 05/09/2022 AT 09:30 ISSUED BY: CJIS SENT: 04/11/2022 RECD/NOTFD: 04/13/2022 ACKN: 04/14/2022 S |

| DIN | Date | Book/Page | Docket |
|---|---|---|---|
| 25 | 04/11/2022 | | E-SUBPOENA: CARPENTER, RANDY ID: 030-05031 FOR: TRIAL ON 05/09/2022 AT 09:30 ISSUED BY: CJIS SENT: 04/11/2022 RECD/NOTFD: 04/13/2022 ACKN: 04/19/2022 S |
| 24 | 04/11/2022 | | E-SUBPOENA: BERNATT, DANIEL ID: 030-04962 FOR: TRIAL ON 05/09/2022 AT 09:30 ISSUED BY: CJIS SENT: 04/11/2022 RECD/NOTFD: 04/13/2022 ACKN: 04/23/2022 S |
| 23 | 04/11/2022 | | E-SUBPOENA: SMITH, YASMINA ID: 030-04792 FOR: TRIAL ON 05/09/2022 AT 09:30 ISSUED BY: CJIS SENT: 04/11/2022 RECD/NOTFD: 04/13/2022 ACKN: 04/21/2022 S |
| 22 | 04/11/2022 | | E-SUBPOENA: PIERRE, CLOSEL ID: 030-04567 FOR: TRIAL ON 05/09/2022 AT 09:30 ISSUED BY: CJIS SENT: 04/11/2022 RECD/NOTFD: ACKN: 04/12/2022 S |
| 20 | 02/16/2022 | | AMENDED DISCOVERY EXHIBIT |
| 19 | 02/11/2022 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 06 |
| 17 | 02/11/2022 | | TRIAL HEARING SCHEDULED FOR 05/09/2022 AT 09:30 |
| 16 | 02/11/2022 | | REPORT RE: PLEA/SOUNDING SET FOR 04/28/2022 AT 09:45 |
| 14 | 02/11/2022 | | TRIAL PROS. ASSIGNED: ROME, JOSEPH BENJAMIN |
| 15 | 02/08/2022 | | INFORMATION FILED |
| 13 | 02/08/2022 | | DISC EXHIBIT: STATE'S DEMAND FOR DEFN DISCV/DEMAND FOR ALIBI |
| 11 | 02/08/2022 | | ARRAIGNMENT HEARING SCHEDULED FOR 02/11/2022 AT 09:30 |
| 10 | 01/12/2022 | | ROR AMT/ 0 ISSUED 01/12/2022 POWER/ |
| 6 | 01/12/2022 | | DEMAND FOR TRIAL BY JURY |
| 5 | 01/12/2022 | | WRITTEN PLEA OF NOT GUILTY |
| 4 | 01/12/2022 | | NOTICE OF APPEARANCE DAVID M TRONTZ, ESQ |
| 3 | 01/12/2022 | | NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY |
| 1 | 01/11/2022 | | INTAKE ATTY ASSIGNED: ROME, JOSEPH BENJAMIN |