UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22523-KMM

KENNY ORTEGA,

    Plaintiff,

v.

MIAMI DADE COUNTY and
JOSEPH DIAZ, individually,

    Defendants.

_____

**ORDER GRANTING DEFENDANT JOSEPH DIAZ' MOTION
TO EXTEND STAY OF PROCEEDINGS PENDING
<u>RESOLUTION OF THE PARALLEL CRIMINAL CASE</u>**

**THIS CAUSE** came before the Court on the [DE ___] Motion to Extend Stay of Proceedings Pending Resolution of the Parallel Criminal Case; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

This cause is stayed until _____.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

 

_____
**HON. K. MICHAEL MOORE**
United States District Judge

Copies to Counsel of Record.