UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**KENNY ORTEGA**
    *Plaintiff,*

v.        CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**MIAMI-DADE COUNTY,** a political subdivision in the State of Florida, and **JOSEPH DIAZ** in his individual capacity,
    *Defendants.*
_____/

## PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY OR VIRTUALLY AT THE STATUS CONFERENCE

    **COMES NOW Plaintiff, KENNY ORTEGA,** by and through his undersigned attorneys and files this *Unoppossed Motion for Plaintiff's Counsel Frank T. Allen, Esquire to Appear Telephonically or Virtually at the Status Conference Scheduled for Thursday, May 15, 2025, at 2;00 PM* and states:

    1. On May 5, 2025, The Court entered an Order Scheduling Status Conference for Thursday, May 15, 2025, at 2:00 PM. The Undersigned and co-counsel for Plaintiff resides in Orlando, and has a previously scheduled matters on May 15, 2025, and will be unable to appear personally at the status conference.

    2. However, Attorneys Rawsi Williams who is co-counsel and Lead Counsel for the Plaintiff will be appearing personally on behalf of Plaintiff, KENNY ORTEGA.

    3. There will be no prejudice to any party, including Plaintiff, as another of Plaintiff's lawyer and Lead Counsel RAWSI WILLIAMS will be at the status conference in person on his behalf, by Plaintiff's co-counsel Frank T. Allen appearing telephonical-

ly or virtually via zoom.

## CONCLUSION

For the reasons stated herein, Plaintiff's Co-Counsel Frank T. Allen, Esquire requests to appear telephonically or via zoom at the status conference scheduled for Thursday, May 15, 2025, at 2:00 PM in this case.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.13

The undersigned attests that that counsel for Plaintiff has conferred with counsel for Defendants and counsel for the Defendants do not object to the relief requested herein, to wit, the undersigned appearing telephonically or virtually via zoom.

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550
Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com;
Ajoseph2@rawsi.com;
service@rawsi.com
Attorney for Plaintiff

/s/ Frank T. Allen
FRANK ALLEN, ESQUIRE
Florida Bar No.: 0033464
2582 Maguire Rd.,
Suite 130
OCOEE, FL 34761
Telephone: (407) 481-8103
E-mail: Allenf551@aol.com
Trial Counsel for Plaintiff.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to those individuals on the attached Service List served via the ECM this 13th Day of MAY 2025 TO: All COUNSEL OF RECORD