UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-CV-22523-MOORE**

KENNY ORTEGA,

    *Plaintiff*,

v.

MIAMI-DADE COUNTY, *et al.*,

    *Defendants*.

_____/

**NOTICE OF APPEARANCE**

Assistant County Attorney Jennifer L. Hochstadt hereby notices her appearance as counsel for Defendant Miami-Dade County and requests that copies of any and all future pleadings, orders, and other documents filed in this action be provided to the undersigned at the address stated below.

Dated: May 16, 2025.               Respectfully submitted,

                                           **GERALDINE BONZON-KEENAN**
                                           Miami-Dade County Attorney

                                           By: *s/ Jennifer L. Hochstadt*
                                           Jennifer L. Hochstadt Azar
                                           Fla. Bar. No. 56035
                                           Assistant County Attorney
                                           Stephen P. Clark Center
                                           111 N.W. First Street, Suite 2810
                                           Miami, Florida 33128
                                           Phone: (305) 375-5151
                                           e-mail: Jennifer.Azar@miamidade.gov
                                           *Counsel for Miami-Dade County*