UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA,**

      Plaintiff,

v.

**MIAMI-DADE COUNTY,** a political subdivision in the State of Florida, and **JOSEPH DIAZ** in his individual capacity

      Defendants.

_____/

**JOINT SCHEDULING FORM**
[to be attached to and filed with the Joint Scheduling Report]

The Parties shall jointly complete this Form by providing dates certain (e.g. January 1, 2023) for each action or event.  Unilateral filings will not be accepted.

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| July 7, 2025 | All motions for joinder of parties or to amend pleadings shall be filed. |
| August 1, 2025 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial.  Only those witnesses named on this list shall be permitted to testify at trial. |
| April 15, 2026 | All **fact** discovery must be completed.  The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |

EXHIBIT 1

| Date | Action or Event |
|---|---|
| January 15, 2026 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| February 15, 2026 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| April 15, 2026 | All **expert** discovery must be completed. |
| June 15, 2026 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| May 15, 2026 | Mediation shall be completed. |
| September 1, 2026 | Proposed date before which all motions in limine must be filed. |
| September 1, 2026 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| October 1, 2026 | Proposed date for pre-trial conference. |
| October 19, 2026 | Proposed date for trial. |

**ADDITIONAL
DEADLINES OR DATES**       **ACTION OR EVENT**

_____

_____

_____

Respectfully submitted Date: **May 29, 2025**

/s/ *Rawsi Williams*
Rawsi Williams
Florida Bar No. 103201
Rawsi Williams Law Group
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (888) 729-7452:
Email: rawsi@rawsi.com;
docservice@rawsi.com;
AJoseph2@rawsi.com

-and-

/s/ Frank T. Allen
Florida Bar No. 0033464
Frank Allen, Esquire
2582 Maguire Rd.
Ocoee, Florida 34761
Telephone: (407) 481-8103
Email: Allen551@aol.com

*Attorneys for Plaintiff, KENNY ORTEGA*



GERALDINE BONZON-KEENAN
Miami-Dade County Attorney

By: /s/ Jennifer L. Hochstadt
Jennifer L. Hochstadt
Florida Bar No. 56035
Fabiana Cohen
Florida Bar No. 119732
Assistant County Attorneys
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, FL  33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5611
E-mails: jennifer.azar@miamidade.gov;
cohenf@miamidade.gov
*Counsel for Defendants*

<u>/s/ David M. Trontz</u>
David M. Trontz, Esq.
Florida Bar No.: 948111
Donet, McMillan & Trontz, P.A.
100 Almeria Avenue, Suite 230
Coral Gables, Florida USA 33134
Telephone: 305-444-0030
Email: trontz@dmtlaw.com
Email: paralegals@dmtlaw.com
Attorney for Defendant Diaz