## JOINT CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | X | |
| 2. | Motions for Costs | | X |
| 3. | Motions for Attorney's Fees | | X |
| 4. | Motions for Sanctions or Contempt | | X |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | | X |
| 6. | Motions to Certify or Decertify Class | | X |
| 7. | Motions for Preliminary Injunction | | X |
| 8. | Motions for Summary Judgment | | X |
| 9. | Motions to Remand (in removal cases) | | X |
| 10. | All other Pre-Trial Motions | | X |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | X |

05/29/25
(Date)

/s/ Rawsi Williams
Signature of
Counsel for  Plaintiff

05/29/25
(Date)

/s/ Frank Allen
Signature of
Counsel for  Plaintiff

05/29/25
(Date)

/s/ David Trontz
Signature of
Counsel for  Defendant Diaz

05/29/25
(Date)

/s/ Jennifer Hochstadt Azar
Signature of
Counsel for  Defendant County

EXHIBIT 2