# EXHIBIT A

Re: ORTEGA, Kenny v. MDC, et al. (24 cv 22523 KMM): Plaintiff's Selection of Mediator (Ortega v Miami Dade County et al) Case No.: :24 cv 22523 KMM DMLAW Matter: [DMT 25 5307]

From: Rawsi Williams, ESQ, RN (rawsi@rawsi.com)

To: jennifer.azar@miamidade.gov; fallen@theallenfirmpa.com; trontz@dmtlaw.com

Cc: ajoseph2@rawsi.com; paralegals@dmtlaw.com; jeanette.llerandi@miamidade.gov; lagarria.richardson@miamidade.gov

Date: Friday, June 13, 2025 at 05:30 PM EDT

Thank you Ms Adar.

Have a wonderful weekend

For our latest updates, click here: The Official Website of Rawsi Williams Law Group #CallRawsiWilliams

**The Official Website of Rawsi Williams Law Group #CallRawsiWilliams**

Aggressive Award Winning and Televised Prominent Attorney Rawsi Williams, Esq., R.N. Multi-Million Dollar Jury Verdict in FT Myers federal court against police brutality Beat federal and private agencies in EEOC cases. Represented many children

Sent from my cellphone.
(Please include my Paralegal Mr. Joseph —
AJoseph2@rawsi.com — in all emails. Failure to do so may result in delayed response.)

Rawsi Williams, Esq., R.N.
Attorney | Registered Nurse | Veteran
Rawsi Williams Law Group
701 Brickell Ave., STE 1550
Miami, FL 33131
TEL: 888-RawsiLaw (888-729-7452)
Web: http://www.CallRawsiWilliams.com

This message is confidential and only meant for the intended recipient(s). If the intended recipient(s) is/are no longer located at the listed email address received, please shred this email and any attachments immediately, and notify the sender(s) that the listed email address is no longer valid for the intended recipients. Misuse and/or unlawful sharing of this information can result in both civil and criminal penalties.

EXHIBIT A

6/13/25, 7:30 PM
Yahoo Mail - Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM): Plaintiff's Selection of Mediator (Ortega v Miami-Dade Count…

Case 1:24-cv-22523-KMM Document 50-1 Entered on FLSD Docket 06/13/2025 Page 3 of 10

On Friday, June 13, 2025, 5:26 PM, Azar, Jennifer (CAO) <Jennifer.Azar@miamidade.gov> wrote:

Ms. Williams,

Your partner, Mr. Allen, indicated the response would be filed on Wednesday morning or later that day. It wasn't, and so I followed up.

I have not agreed to anything, and the Tuesday morning email from your partner did not request my position on any motion whatsoever. Mr. Allen told me what was going on and said the response would be late; that's it.

To the extent you're conferring with me now on the issue of filing your response out of time, I oppose.

In the future, if your internet is down and you have questions or are confused about my position on any relief you're seeking, please call my office.

Thank you.

Get Outlook for iOS

---

**From:** Rawsi Williams, ESQ, RN <rawsi@rawsi.com>
**Sent:** Friday, June 13, 2025 5:09:40 PM
**To:** fallen theallenfirmpa.com <fallen@theallenfirmpa.com>; David M. Trontz, Esq. <trontz@dmtlaw.com>; Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov>
**Cc:** 'Ajoseph2 .' <ajoseph2@rawsi.com>; paralegals@dmtlaw.com <paralegals@dmtlaw.com>; Llerandi, Jeanette (CAO) <jeanette.llerandi@miamidade.gov>; Richardson, LaGarria (CAO) <lagarria.richardson@miamidade.gov>
**Subject:** Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM): Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al) - Case No.: :24-cv-22523-KMM - DMLAW Matter: [DMT-25-5307]

  EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon Ms. Azar,


I hope all is well.

In response, I am confused as you'd agreed to the unforeseeable and exigent extension. We didn't perceive that you were awaiting a daily update as we thought it would be resolved each day all the way to the end of he day, so our apologies to you.


As you can see, I know have access and we are in the process of filing the Opposition. Apparently, my spacing misaligned as a result of what occurred technically and we are trying to resolve that issue right now so I can file the Opposition. We will definitely file it in. I'd actually added a footnote about what occurred, and that Plaintiff agrees to the Computation of County's time to reply commencing from today. I will leave the footnote and also now file a Motion For Leave To File Out of Time. Based on your email below I will note County's position as opposed


Thank you kindly, and have a wonderful day.
***UPDATES! CLICK HERE TO VISIT OUR WEBSITE TO SEE MORE!*)**

6/13/25, 7:50 PM
Case 1:24-cv-22523-KMM Document 50-1 Entered on FLSD Docket 06/13/2025 Page 4 of 10
Yahoo Mail - Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM) Plaintiff's Selection of Mediator (Ortega v. Miami-Dade Count…

(Please include my paralegal Mr. Joseph -- AJoseph2@rawsi.com -- in all emails. Failure to do so can result in delayed response. *"But let justice roll down as waters, and righteousness as a mighty stream." Amos 5:24, ESV.* I will Fight until that time remains.)

Rawsi Williams, Esq., R.N.

Attorney | Registered Nurse | Veteran

It's My PURPOSE to Fight for Your Justice. I Am Not Afraid!

TEL: 888-RawsiLaw (888-729-7452)

Rawsi Williams  aw Group

701 Brickell Avenue

STE 1550

 iami FL 33131

Email: rawsi@rawsi.com; AJoseph2@rawsi.com

_____

*CONFIDENTIALITY NOTICE  This email may contain confidential or privileged information intended only for the stated recipient(s) or designee(s)  If you are not the stated recipient(s or designee(s), please notify us and immediately delete this email  Criminal or civil penalties may apply for unauthorized usage   Attorney Client privilege may apply for established clients or persons actively seeking legal representation at the time of contacting this office. Florida Bar Requirement: No representation is made that the services of this attorney are better than the services of any other attorney in providing representation of the law*

On Thursday, June 12, 2025 at 03:30:12 PM EDT, Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov> wrote:

Good Afternoon,

I hope you have weathered the storm, Mr. Allen. Following up to the circumstances outlined below as I have not heard anything further on the matter and the response was not filed yesterday. To the extent you still expect to file a response to the motion to dismiss, I do object as it is untimely.

Should you wish to discuss, feel free to call me.

Jennifer L. Hochstadt Azar

Assistant County Attorney

Miami-Dade County Attorney's Office

111 NW 1st St., Suite 2810

Miami, Florida 33128

(305) 375-5151

**From:** fallen theallenfirmpa.com <fallen@theallenfirmpa.com>
**Sent:** Wednesday, June 11, 2025 8:38 AM
**To:** Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov>; David M. Trontz, Esq. <trontz@dmtlaw.com>; Rawsi Williams, ESQ, RN <rawsi@rawsi.com>
**Cc:** 'Ajoseph2 .' <ajoseph2@rawsi.com>; paralegals@dmtlaw.com

**Subject:** Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM): Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al) - Case No.: :24-cv-22523-KMM - DMLAW Matter: [DMT-25-5307]

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good morning,

Ms. Williams was in the process of responding to your MTD yesterday and last night and file the response; however, her internet went down, and she has been unable to get access of yet. Due to that technical issue, she was unable to file it, or send to me. Additionally, we had a severe thunderstorm in the Orlando-Ocoee area where I reside and my internet and power were both out for a while last night as well, thus, she would not have been able to send to me to file anyway.

She (we) will file the response this morning, or response later today once her internet has been restored. We wanted to give you the professional courtesy of an update. If you have any objections, questions or concerns, please contact her to discuss. Thank you.

**Sincerely yours,**

**Frank T. Allen, Esq.,**
**THE ALLEN FIRM PA**
**2582 Maguire Rd.,**
**Suite 130**
**OCOEE, FL 34761**
**(407) 407-481-8103(Tel)**
**(407) 407-481-0009(Fax)**
[**www.theallenfirmpa.com**](http://www.theallenfirmpa.com)

theallenfirmpa.com - Areas of Practice< /a>

www.theallenfirmpa.com

The goal of The Allen Firm is to provide top quality legal representation to those in need of our services. Although the Allen Firm is a full service law firm ...

**"Quality Legal Representation From Attorneys You Can Rely On"**

6/13/25, 7:56 PM  Yahoo Mail - Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM) Plaintiff's Selection of Mediator (Ortega v Miami-Dade Count…

Case 1:24-cv-22523-KMM   Document 50-1   Entered on FLSD Docket 06/13/2025   Page 6 of 10

**CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please destroy all copies and contact our office about the mistake of you being sent these items.**

---

**From:** Rawsi Williams, ESQ, RN <rawsi@rawsi.com>
**Sent:** Tuesday, June 10, 2025 7:12 PM
**To:** 'Azar, Jennifer (CAO)' <jennifer.azar@miamidade.gov>; David M. Trontz, Esq. <trontz@dmtlaw.com>
**Cc:** 'Ajoseph2 .' <ajoseph2@rawsi.com>; fallen theallenfirmpa.com <fallen@theallenfirmpa.com>; paralegals@dmtlaw.com <paralegals@dmtlaw.com>
**Subject:** Re: Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al) - Case No.: :24-cv-22523-KMM - DMLAW Matter: [DMT-25-5307]

[redacted]



CONFIDENTIALITY NOTICE This email may contain confidential or privileged information intended only for the stated recipient(s) or designee(s) If you are not the stated recipient(s or designee(s), please notify us and immediately delete this email Criminal or civil penalties may apply for unauthorized usage Attorney Client privilege may apply for established clients or persons actively seeking legal representation at the time of contacting this office. Florida Bar Requirement: No representation is made that the services of this attorney are better than the services of any other attorney in providing representation of the law

6/13/25, 2:50 PM Yahoo Mail - RE: ORTEGA, Kennyer N150, et al. (24-cv-22523-KMM) Plaintiff's Selection of Mediator, Ortega v. Miami-Dade Count...

Case 1:24-cv-22523-KMM Document 50-1 Entered on FLSD Docket 06/13/2025 Page 8 of 10



~~

Please add a copy to paralegals@dmtlaw.com to all emails to us to expedite our response to you.

~~

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential, and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you received this e-mail in error, please notify me immediately by return e-mail, and delete this e-mail and all attachments from your system.

**From:** Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov>
**Sent:** Tuesday, June 3, 2025 3:41 PM
**To:** Rawsi Williams, ESQ, RN <rawsi@rawsi.com>; Esq. David M. Trontz <trontz@dmtlaw.com>
**Cc:** Ajoseph2 . <ajoseph2@rawsi.com>; Fallen theallenfirmpa.com <fallen@theallenfirmpa.com>
**Subject:** Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al)

6/13/25, 2:50 PM
Case 1:24-cv-22523-KMM Document 50-1 Entered on FLSD Docket 06/13/2025 Page 9 of 10
Vaccaro Mail - Re: ORTEGA, Kerriny et al. (24-cv-22523-KMM) Plaintiff's Selection of Mediator, Ortega v Miami-Dade Count...

[redacted]

**From:** Rawsi Williams, ESQ, RN <rawsi@rawsi.com>
**Sent:** Tuesday, June 3, 2025 3:25 PM
**To:** Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov>; Esq. David M. Trontz <trontz@dmtlaw.com>
**Cc:** Ajoseph2 . <ajoseph2@rawsi.com>; Fallen theallenfirmpa.com <fallen@theallenfirmpa.com>
**Subject:** Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al)

[redacted]