UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

| | |
|---|---|
| **KENNY ORTEGA,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **MIAMI-DADE COUNTY,** a Political Subdivision in the State of Florida, and **JOSEPH DIAZ,** in his individual capacity, | ) |
| Defendants. | ) |

**NOTICE OF SELECTION OF MEDIATOR**

The Plaintiff, **KENNY ORTEGA**, and Defendants **MIAMI-DADE COUNTY** and **JOSEPH DIAZ**, jointly notify the Court that they have selected Mediator Judge Stanford Blake to mediate this matter. The parties are in active process of finalizing the mediation date as Judge Blake is only holding virtual mediations through the end of October due to his status out-of-town. Diligent effort will be made to complete that finalization next week. Plaintiff will file Notice of the Mediation Date once finalized.

Respectfully Submitted this **13th day of June 2025**

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550, Miami FL 33131
TEL: 888-RawsiLaw/888-729-7452
Email: rawsi@rawsi.com; Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff

Service List:
Frank T. Allen, Co-Counsel for Plaintiff
David Trontz, Counsel for Defendant Diaz
Jennifer Azar, Counsel for Defendant County

1