UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

| | |
|---|---|
| **KENNY ORTEGA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **MIAMI-DADE COUNTY,** a Political Subdivision in the State of Florida, and **JOSEPH DIAZ,** in his individual capacity, | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

**COMES NOW Plaintiff, KENNY ORTEGA,** by and through his undersigned attorneys, and files this his *Notice of Compliance* to Forward Court's paperless Pre-Trial Order to Defendants after responsive pleadings are filed. **[ECF 4].**

Respectfully Submitted this **16th day of June 2025**

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550, Miami FL  33131
TEL:  888-RawsiLaw/888-729-7452
Email:rawsi@rawsi.com; Ajoseph2@rawsi.com;
docservice@rawsi.com
Attorney for Plaintiff

Service List:
Frank T. Allen, Co-Counsel for Plaintiff
David Trontz, Counsel for Defendant Diaz
Jennifer Azar, Counsel for Defendant County