| | |
|---|---|
| **From:** | Azar, Jennifer (CAO) |
| **To:** | fallen theallenfirmpa.com; David M. Trontz, Esq.; Rawsi Williams, ESQ, RN |
| **Cc:** | "Ajoseph2 ."; paralegals@dmtlaw.com; Llerandi, Jeanette (CAO); Richardson, LaGarria (CAO) |
| **Subject:** | RE: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM): Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al) - Case No.: :24-cv-22523-KMM - DMLAW Matter: [DMT-25-5307] |
| **Date:** | Thursday, June 12, 2025 3:30:07 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good Afternoon,

I hope you have weathered the storm, Mr. Allen. Following up to the circumstances outlined below as I have not heard anything further on the matter and the response was not filed yesterday. To the extent you still expect to file a response to the motion to dismiss, I do object as it is untimely.

Should you wish to discuss, feel free to call me.

Jennifer L. Hochstadt Azar
Assistant County Attorney
Miami-Dade County Attorney's Office
111 NW 1st St., Suite 2810
Miami, Florida 33128
(305) 375-5151

**From:** fallen theallenfirmpa.com <fallen@theallenfirmpa.com>
**Sent:** Wednesday, June 11, 2025 8:38 AM
**To:** Azar, Jennifer (CAO) <jennifer.azar@miamidade.gov>; David M. Trontz, Esq. <trontz@dmtlaw.com>; Rawsi Williams, ESQ, RN <rawsi@rawsi.com>
**Cc:** 'Ajoseph2 .' <ajoseph2@rawsi.com>; paralegals@dmtlaw.com
**Subject:** Re: ORTEGA, Kenny v. MDC, et al. (24-cv-22523-KMM): Plaintiff's Selection of Mediator (Ortega v Miami-Dade County et al) - Case No.: :24-cv-22523-KMM - DMLAW Matter: [DMT-25-5307]

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Good morning,

> Ms. Williams was in the process of responding to your MTD yesterday and last night and file the response; however, her internet went down, and she has been unable to get access of yet. Due to that technical issue, she was unable to file it, or send to me. Additionally, we had a severe thunderstorm in the Orlando-Ocoee area where I reside and my internet and power were both out for a while last night

as well, thus, she would not have been able to send to me to file anyway.

She (we) will file the response this morning, or response later today once her internet has been restored. We wanted to give you the professional courtesy of an update. If you have any objections, questions or concerns, please contact her to discuss. Thank you.

Sincerely yours,

**Frank T. Allen, Esq.,**
**THE ALLEN FIRM PA**
**2582 Maguire Rd.,**
**Suite 130**
**OCOEE, FL 34761**
**(407) 407-481-8103(Tel)**
**(407) 407-481-0009(Fax)**
www.theallenfirmpa.com

theallenfirmpa.com - Areas of Practice</a>

www.theallenfirmpa.com
The goal of The Allen Firm is to provide top quality legal representation to those in need of our services. Although the Allen Firm is a full service law firm ...

**"Quality Legal Representation From Attorneys You Can Rely On"**

**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please destroy all copies and contact our office about the mistake of you being sent these items.