UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

| | |
|---|---|
| **KENNY ORTEGA,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **MIAMI-DADE COUNTY,** a Political Subdivision in the State of Florida, and **JOSEPH DIAZ,** in his individual capacity, | ) |
| Defendants. | ) |

## AMENDED NOTICE OF SELECTION OF MEDIATOR

The Plaintiff, **KENNY ORTEGA**, and Defendants **MIAMI-DADE COUNTY** and **JOSEPH DIAZ**, jointly notify this Court that they have selected Mediator Judge Stanford Blake to mediate this matter in-person as follows;

1. MEDIATOR: JUDGE STANFORD BLAKE
2. DATE: NOVEMBER 18, 2025
3. TIME: 10AM EST
4. LOCATION:

    Rawsi Williams Law Group

    701 Brickell Ave.

    STE 1550

    Miami, FL  33131

    Tel: 888-RawsiLaw (888-729-7452)

Respectfully Submitted this **24th day of June 2025**

By: /s/ Rawsi Williams
Rawsi Williams, Esq. R.N.
State Bar No. 103201
RAWSI WILLIAMS LAW GROUP
701 Brickell Ave., STE 1550, Miami FL  33131

                                              TEL:  888-RawsiLaw/888-729-7452
                                              Email:rawsi@rawsi.com; Ajoseph2@rawsi.com;
                                              docservice@rawsi.com
                                              Attorney for Plaintiff

<u>Service List:</u>
Frank T. Allen, Co-Counsel for Plaintiff
David Trontz, Counsel for Defendant Diaz
Jennifer Azar, Counsel for Defendant County