**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

KENNY ORTEGA,

     Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision in the state of Florida, and
JOSEPH DIAZ in his individual capacity,

     Defendant.

CASE NO. 24-cv-22523/ MOORE/
Elfenbein

**NOTICE OF MEDIATION**

**PLEASE TAKE NOTICE** that the following mediation has been scheduled:

**MEDIATOR:**     **STANFORD BLAKE**

**LOCATION:**     **RAWSI WILLIAMS LAW GROUP**
     **701 Brickell Avenue, Suite 1550**
     **Miami, FL 33131**

**DATE AND TIME:**   **Tuesday, November 18, 2025, at 10:00 a.m.**

Dated: June 25, 2025

*(Signature and Certificate of Service on following page)*

Respectfully submitted,

_____

STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF and email on 25th day of June, on all counsel or parties of record on the Service List below.

| | |
|---|---|
| **Rawsi Williams, Esq., R.N.**<br>Rawsi Williams Law Group<br>701 Brickell Avenue, STE 1550<br>Miami FL 33131<br>Email:<br>rawsi@rawsi.com;<br>AJoseph2@rawsi.com<br><br>*Attorney for Plaintiff* | **Frank T. Allen, Esq.,**<br>THE ALLEN FIRM PA<br>2582 Maguire Rd., Suite 130<br>Ocoee, FL 34761<br>Email:<br>Allenf551@aol.com<br><br>*Co-Counsel for Plaintiff* |
| **Jennifer L. Hochstadt Azar, Esq.**<br>**Fabiana Cohen, Esq.**<br>Assistant County Attorney<br>Miami-Dade County Attorney's Office<br>111 N.W. 1st Street, Suite 2800<br>Miami, Florida 33128<br>Email:<br>Jennifer.azar@miamidade.gov<br>cohenf@miamidade.gov<br><br>*Counsel for Defendant, Miami Dade County* | **David M. Trontz, Esq.**<br>Donet, McMillan & Trontz, P.A.<br>100 Almeria Avenue, Suite 230<br>Coral Gables, Florida USA 33134<br>Email:<br>trontz@dmtlaw.com<br><br>*Counsel for Diaz* |