UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**KENNY ORTEGA**
  *Plaintiff,*

v.    **CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein**

**MIAMI-DADE COUNTY,** a political subdivision in the State of Florida, and
**JOSEPH DIAZ** in his individual capacity,
  *Defendants.*
_____/

## PLAINTIFF'S COUNSEL'S NOTICE OF UNAVAILABILITY

**COMES NOW** Counsel for the Plaintiff, KENNY ORTEGA, Frank T. Allen, Esquire and files this Notice of Unavailability to attend the hearing scheduled for Tuesday, July 22, 2025, at 3:00 PM in person and states:

1. On July 8, 2025, The Court entered an Order Scheduling a hearing on the parties purported discovery disputes for Tuesday, July 22, 2025, at 3:00 PM. [Doc # 59] The Court provided dates from July between July 15 through July 25. (see email dated July 2, 2025, from Court's JA)

2. The undersigned advised the Court and the parties that he would be out of the State of Florida during this period. As the undersigned did not want to delay these issues from being resolved, he informed the parties and the Court to accommodate the schedules of the other attorneys who were available during this period.

3. The undersigned requested a call-in number if the Court required him to call in. Yet, no call-in number was provided.

4. However, Attorney Rawsi Williams who is co-counsel and Lead Counsel for the Plaintiff will be appearing personally on behalf of Plaintiff, KENNY ORTEGA and will be able to discuss these matters.

5. There will be no prejudice to any party, including Plaintiff, as another of Plaintiff's lawyer and Lead Counsel RAWSI WILLIAMS will be at the discovery hearing in person on his behalf Plaintiff and Ms. Williams will be able to address any of the issues raised at the hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to those individuals on the attached Service List served via the ECM this 20th Day of JULY 2025 TO: All COUNSEL OF RECORD

/s/ Frank T. Allen
FRANK ALLEN, ESQUIRE
Florida Bar No.: 0033464
2582 Maguire Rd.,
Suite 130
OCOEE, FL 34761
Telephone: (407) 481-8103
E-mail: Allenf551@aol.com
Trial Counsel for Plaintiff.