## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA**

　　　Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political
subdivision in the State of Florida, and
**JOSEPH DIAZ** in his individual capacity,

　　　Defendants.

_____/

### ALL PLAINTFF'S COUNSEL NOTICE OF PROOF OF SERVING MO-TION TO WITHDRAW ON PLAINTIFF

**NOW COMES** The Allen Firm P.A./Attorney Frank T. Allen and Rawsi Williams

Law Group/Attorney Rawsi Williams  (collectively  "Attorneys"), and hereby file

this  *Notice of Proof of Serving Motion To Withdraw on Plaintiff*. [**EXHIBIT A**].

### CERTIFICATE OF SERVICE

　　**I HEREBY CERTIFY** that on July 21, 2025, I electronically filed the fore-

going with the Clerk of Court,  Florida Southern District, and all counsel of record

using the Court's electronic case filing system,  and served a copy on Plaintiff at

Kortega1719@icloud.com. [1]

---

[1] The clerk can forward all Orders and filings to this email address until MR. ORTEGA retains counsel.

Respectfully Submitted this 21st Day of July 2025

By: /s/ Rawsi Williams
   Rawsi Williams, Esq. R.N.
   State Bar No. 103201
   RAWSI WILLIAMS LAW GROUP
   701 Brickell Ave., STE 1550
   Miami FL  33131
   TEL:  888-RawsiLaw/888-729-7452
   Email:rawsi@rawsi.com;
   Ajoseph2@rawsi.com;
   docservice@rawsi.com
   Attorney for Plaintiff

**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff
Fabiana Cohen, Esq., Counsel for Defendant Miami-Dade County
Jennifer Azar, Counsel for Defendant Miami-Dade County
David Trontz, Counsel for Defendant Joseph Diaz
Kenny Ortega, Plaintiff

2

# EXHIBIT A

## SERVICE OF COURT DOCUMENT (ORTEGA V MIAMI DADE COUNTY ET AL, 1:24 cv 22523 MOORE)

From: Rawsi Williams, ESQ, RN (rawsi@rawsi.com)

To: kortega1719@icloud.com

Cc: fallen@theallenfirmpa.com; ajoseph2@rawsi.com

Date: Monday, July 21, 2025 at 03:46 PM EDT


Good afternoon Mr., Ortega,

I hope all is well.

In follow-up to prior attempts and warnings by all counsel from both firms representing you in this matter, we serve the following:

| | | |
|---|---|---|
| Court: | | U.S. Southern District of Florida |
| Case No. | | 1:24-cv-22523 |
| Initial Parties - Plaintiff(s): | | Kenny Ortega |
| Initial Parties - Defendant(s): | | Miami-Dade County and Joseph Diaz |
| Document(s) being served: | | Motion To Withdraw by All Counsel and All Law Firms |
| Sender's name/email: | | Rawsi Williams, Esq., R.N.<br><br>Primary: rawsi@rawsi.com<br><br>Secondary: AJoseph2@rawsi.com<br><br>Secondary: docservice@rawsi.com |
| Sender's phone number: | | (888) - RawsiLaw (888-729-7452) |


Thank you kindly, and have a wonderful day.


**UPDATES! CLICK HERE TO VISIT OUR WEBSITE TO SEE MORE!)**


**(Please include my paralegal Mr. Joseph -- AJoseph2@rawsi.com -- in all emails. Failure to do so can result in delayed response. *"But let justice roll down as waters, and righteousness as a mighty stream." Amos 5:24, ESV.* I will Fight until that time remains.)**
Rawsi Williams, Esq., R.N.
Attorney | Registered Nurse | Veteran
It's My PURPOSE to Fight for Your Justice. I Am Not Afraid!
TEL: 888-RawsiLaw (888-729-7452)                                   EXHIBIT A

Rawsi Williams Law Group
701 Brickell Avenue
STE 1550
Miami FL 33131
Email: rawsi@rawsi.com; AJoseph2@rawsi.com

_____
*CONFIDENTIALITY NOTICE:* *This email may contain confidential or privileged information intended only for the stated recipient(s) or designee(s). If you are not the stated recipient(s or designee(s), please notify us and immediately delete this email. Criminal or civil penalties may apply for unauthorized usage. Attorney-Client privilege may apply for established clients or persons actively seeking legal representation at the time of contacting this office Florida Bar Requirement No representation is made that the services of this attorney are better than the services of any other attorney in providing representation of the law*

 Ortega.All Plaintiff's Counsels and Firms Unopposed Expedited Motion To Withdraw.pdf
213.4 kB