UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22523-KMM

KENNY ORTEGA,

      Plaintiff,

v.

MIAMI-DADE COUNTY and
JOSEPH DIAZ, individually,

      Defendants.

_____

### DEFENDANT JOSEPH DIAZ' RESPONSE TO PLAINTIFF'S COUNSELS' [DE 62] UNOPPOSED, EXPEDITED MOTION TO WITHDRAW

Defendant, JOSEPH DIAZ (Officer Diaz), by and through his undersigned attorney, files his Response to Plaintiff's Counsels' [DE 62] Unopposed, Expedited Motion to Withdraw, as follows:

1. Defendant Officer Diaz agrees with and joins Defendant Miami-Dade County's [DE 63] Response to Plaintiff's Counsels' said Motion to Withdraw for the reasons expressed in said Response.

2. Defendant Officer Diaz also joins in the request for the Court to require that the Plaintiff either file a notice of his intent to proceed *pro se* within seven (7) days from the date of the Court's ruling on the said Motion to Withdraw,

Page **1** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

or retain new counsel, who shall file a notice of appearance within that timeframe and that, upon the Plaintiff's failure to timely comply with either requirement, this case be dismissed with or without prejudice.

3.      Defendant Officer Diaz would also add and moves the Court as follows: That in the event that the Court is inclined to provide the Plaintiff additional time beyond said seven-day period to comply, that the Court extend the discovery and mediation deadlines set forth in the Court's [DE 46] PAPERLESS ORDER SCHEDULING TRIAL by at least the same additional period of time.

**WHEREFORE**, Officer Diaz respectfully requests that this Honorable Court enter its Order granting the relief sought in this Response, for the foregoing reasons and for such further relief as the Court deems just and proper.

**DATED:**  July 21, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: _/s/ David M. Trontz_____

**David M. Trontz, Esq.**
Florida Bar No.: 948111
Attorney for Defendant, Joseph Diaz

[Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 21, 2025, undersigned counsel electronically filed the foregoing **Defendant Joseph Diaz' Response to Plaintiff's Counsels' [DE 62] Unopposed, Expedited Motion to Withdraw** with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David M. Trontz
**David M. Trontz, Esq.**
Florida Bar No.: 948111
Attorney for Defendant, Joseph Diaz
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: trontz@dmtlaw.com
Email: paralegals@dmtlaw.com