UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:24-cv-22523-MOORE/Elfenbein

**KENNY ORTEGA**

    Plaintiff,

v.

**MIAMI-DADE COUNTY**, a political subdivision in the State of Florida, and **JOSEPH DIAZ** in his individual capacity,

    Defendants.

_____/

**PLAINTFF'S COUNSEL NOTICE OF COMPLIANCE (OF SERVING COURT'S JULY 23, 2025, ORDERS ON NOW *PRO SE* PLAINTIFF)**

**NOW COMES** The Allen Firm P.A./Attorney Frank T. Allen and Rawsi Williams Law Group/Attorney Rawsi Williams (collectively "Attorneys"), and file this *Notice of Compliance* that we served on now *pro se* Plaintiff Kenny Ortega the following two Orders entered today, July 23, 2025:

1. The Court's Order granting the *Motion To Withdraw* by All Plaintiff's Counsel. [**ECF 68**].

2. The Magistrate's Order granting Defendant Miami-Dade County's *Motion To Compel* Discovery and Deposition, et al. [**ECF 71**].

1

3. Both Orders were served on Mr. Ortega by undersigned counsel via email as ordered by the Court, with notification therein of the Court's time-sensitive requirement of responding to the Orders by the deadlines therein. [**EXHIBIT A**].

4. Because the Court has granted our *Motion To Withdraw*, all further Court matters must be directly served on/forwarded to Mr. Kenny Ortega himself unless he retains counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2025, I electronically filed the foregoing with the Clerk of Court, Florida Southern District, and all counsel of record using the Court's electronic case filing system, and served a copy on Plaintiff at Kortega1719@icloud.com.

Respectfully Submitted this 23srd Day of July 2025

By: /s/ Rawsi Williams
 Rawsi Williams, Esq. R.N.
 State Bar No. 103201
 RAWSI WILLIAMS LAW GROUP
 701 Brickell Ave., STE 1550
 Miami FL  33131
 TEL:  888-RawsiLaw/888-729-7452
 Email:rawsi@rawsi.com;
 Ajoseph2@rawsi.com;
 docservice@rawsi.com
 Attorney for Plaintiff

**Service List**
Frank Allen, Esq., Co-Counsel for Plaintiff
Fabiana Cohen, Esq., Counsel for Defendant Miami-Dade County
Jennifer Azar, Counsel for Defendant Miami-Dade County
David Trontz, Counsel for Defendant Joseph Diaz

# EXHIBIT A

7/23/25, 10:05 PM                                                       Yahoo Mail - URGENT! SERVICE OF TIME-SENSTIVE ORDERS FROM COURT AGAINST YOU WHICH WILL RESULT IN DISM…

Case 1:24-cv-22523-KMM   Document 73   Entered on FLSD Docket 07/23/2025   Page 5 of 6

## URGENT! SERVICE OF TIME-SENSTIVE ORDERS FROM COURT AGAINST YOU WHICH WILL RESULT IN DISMISSAL OF YOUR CASE IF NOT COMPLIED

From:  Rawsi Williams, ESQ, RN (rawsi@rawsi.com)

To:    kortega1719@icloud.com

Cc:    fallen@theallenfirmpa.com; ajoseph2@rawsi.com

Date:  Wednesday, July 23, 2025 at 09:36 PM EDT

Good evening Mr. Ortega,

I hope all is well.

Per our prior communications, please see the attached two Court Orders which each carry **VERY TIME-SENSTIVE DEADLINES** for you to respond to the Court, as one Order GRANTED the withdrawal of all your counsel (The Allen Firm and Rawsi Williams Law Group).

Per the Order, your failure to respond to the Court by the deadlines will result in dismissal of your entire case.

I also called you yesterday after Court with the Magistrate and left you a voicemail.

Because our motion to withdraw was granted, you must respond to the Court.

| Court: | U.S. District Court, Florida Southern District |
|---|---|
| Case No. | 1:24-cv-22523 |
| Initial Parties - Plaintiff(s): | Kenny Ortega |
| Initial Parties - Defendant(s): | Miami-Dade County<br>Joseph Diaz |
| Document(s) being served: | 1) Court's July 23, Order GRANTING withdrawal of All Counsel and Firms for Plaintiff, (with Deadlines for Plaintiff to respond to Court about moving forward with the case or the case will be dismissed)<br><br>2) Magistrate's July 23, 2025, Order GRANTING Defendant County's Motion To Compel Discovery and Deposition (with Deadlines for Plaintiff to respond to Court to comply with this Order) |
| Sender's name/email: | Rawsi Williams, Esq., R.N.<br><br>Primary: rawsi@rawsi.com<br><br>Secondary: AJoseph2@rawsi.com |

**EXHIBIT A**

| | Secondary: docservice@rawsi.com |
|---|---|
| Sender's phone number: | (888) - RawsiLaw (888-729-7452) |

Thank you kindly, and have a wonderful day.

**UPDATES! CLICK HERE TO VISIT OUR WEBSITE TO SEE MORE!**)

(Please include my paralegal Mr. Joseph -- AJoseph2@rawsi.com -- in all emails. Failure to do so can result in delayed response. "But let justice roll down as waters, and righteousness as a mighty stream." Amos 5:24, ESV. I will Fight until that time remains.)
Rawsi Williams, Esq., R.N.
Attorney | Registered Nurse | Veteran
It's My PURPOSE to Fight for Your Justice. I Am Not Afraid!
TEL: 888-RawsiLaw (888-729-7452)
Rawsi Williams Law Group
701 Brickell Avenue
STE 1550
Miami FL 33131
Email: rawsi@rawsi.com; AJoseph2@rawsi.com

CONFIDENTIALITY NOTICE: This email may contain confidential or privileged information intended only for the stated recipient(s) or designee(s). If you are not the stated recipient(s or designee(s), please notify us and immediately delete this email. Criminal or civil penalties may apply for unauthorized usage. Attorney-Client privilege may apply for established clients or persons actively seeking legal representation at the time of contacting this office. Florida Bar Requirement: No representation is made that the services of this attorney are better than the services of any other attorney in providing representation of the law


Ortega.25.07.23.Court Judge Moores Order GRANTING withdrawal of all Counsel for Plaintiff and Time-Senstiive Deadline for Mr. Ortega.pdf
200.3 kB


Ortega.25.07.23.Magistrates Time-Senstive Order on Defendant Countys Motion To Compel DISC and DEPO.pdf
192.7 kB