UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22523-CIV-MOORE

**KENNY ORTEGA**,

    Plaintiff,

v.

**MIAMI-DADE COUNTY**, *et al.*,

    Defendants.

_____/

## MIAMI-DADE COUNTY'S MOTION TO DISMISS
## FOR FAILURE TO COMPLY WITH COURT ORDER

    Defendant Miami-Dade County moves to dismiss this case for Plaintiff Kenny Ortega's failure to comply with the Court's Order granting Plaintiff's Counsel's Unopposed Motion to Withdraw [ECF No. 68].

    On July 23, 2025, this Court granted Plaintiff's counsel's motion to withdraw, and ordered Ortega to "retain suitable replacement counsel and have that counsel file a notice of appearance in this action or indicate his intent to proceed pro se in accordance with the Southern District of Florida's Local Rules on or before ***August 21, 2025***." *Id*. (emphasis added). The Court warned that "[i]f Plaintiff fails to comply with this Order, Plaintiff's claims in this action will be dismissed." *Id*. The August 21 deadline came and went, yet Ortega has done nothing. Accordingly, the County requests dismissal of this action for failure to comply with the Court's July 23, 2025, Order.

Dated: August 22, 2025.
                                                       Respectfully Submitted,

                                                       **GERALDINE BONZON-KEENAN**
                                                       Miami-Dade County Attorney

                                                       By: */s/ Jennifer L. Hochstadt*
                                                       Jennifer L. Hochstadt (Fla. Bar No. 56035)

Assistant County Attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, FL  33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5611
E-mails: jennifer.azar@miamidade.gov;
*Counsel for Miami-Dade County*